UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | WARRANT FOR ARREST |
| Plaintiff | ) | **SEALED** |
| vs | ) | CASE NO. 05-M- 7201 |
| ALBERT J. LUCKEY, | ) | FILED |
| Defendant. | ) | JAN 2 4 2005 |

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest ALBERT LUCKEY and bring him or her forthwith to the nearest magistrate judge to answer a complaint, charging him or her with possession of cocaine base ("crack") with the intent to distribute it, in violation of Title 21, United States Code, Section 841(a)(1).

**JOHN M. WATERS**
Name of Issuing Officer

**David G. Bernthal**
s/David G. Bernthal
Signature of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

**U.S. Magistrate Judge**

January 4, 2005 at Urbana, Illinois
Date and Location

Bail fixed at $ NONE.   To be considered at initial appearance.

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at Kankakee Co. Detention Center

| Date Received 1/5/05 | Name of Arresting Officer Deann Regas | Signature of Arresting Officer |
| Date of Arrest 1/7/05 | Title of Arresting Officer Special agent - KAMEG | JCarroll for D. Regas |

warrant.frm