FILED
FEB - 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 05-20009 |
| | ) Violation: Title 21, United States |
| v. | ) Code, Sections 841(a)(1) and |
| | ) 841(b)(1)(A) |
| ALBERT LUCKEY, | ) |
| Defendant. | ) |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about August 23, 2004, in the Central District of Illinois, the defendant,

**ALBERT LUCKEY,**

knowingly and intentionally possessed a controlled substance, namely, 50 or more grams of a mixture or substance containing cocaine base (crack), a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL.

s/Foreperson
_____
FOREPERSON

s/Greg Harris
_____
JAN PAUL MILLER
UNITED STATES ATTORNEY/TB