**E-FILED**
Wednesday, 02 March, 2005  01:42:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-20009 |
| | ) | |
| ALBERT LUCKEY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PRIOR CONVICTION

The United States of America, by its attorneys, Jan Paul Miller, United States

Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United

States Attorney, hereby gives notice, pursuant to Title 21, United States Code, Section

851(a)(1), of the following prior conviction of the defendant which may qualify as a

basis for a sentencing enhancement:

State of Illinois v. Albert Luckey, No. 94CF006607180016, Cook County;

manufacture/delivery of a controlled substance.  Date of conviction:  November 2, 1994.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:     s/Timothy A. Bass
        TIMOTHY A. BASS
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone:  217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tiffani D. Johnson
Assistant Federal Defender
300 W. Main Street
Urbana, IL 61801

s/Timothy A. Bass
TIMOTHY A. BASS
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov