E-FILED
Monday, 28 March, 2005  12:49:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | No.: 05-20009 |
| ALBERT LUCKEY, | |
| Defendant | |

**MOTION TO VACATE PRETRIAL CONFERENCE AND TRIAL DATES
AND SCHEDULE A MOTION TO SUPPRESS HEARING**

NOW COMES the Defendant, ALBERT LUCKEY, by and through TIFFANI D. JOHNSON, Assistant Federal Public Defender, and Richard H. Parsons, the Chief Federal Public Defender for the Central District of Illinois, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order vacating the trial date and pretrial conference date in this cause and scheduling a date to hear a Motion to Suppress. In support thereof, Mr. Luckey states the following:

1.      Defense counsel has reviewed the discovery with Mr. Luckey, and has determined that a motion to suppress evidence could be dispositive of this case.

2.      Mr. Luckey requests that a date be set to hear a motion to suppress, and that the pretrial conference and trial dates be vacated until an order is issued regarding said motion to suppress.

3.      This is Mr. Luckey's **FIRST** request to vacate the pretrial conference and trial dates.

4.      Mr. Luckey faces a substantial amount of prison time if convicted.

5.      Additionally, defense counsel and the lead United States Attorney in this case are scheduled for oral argument in the Seventh Circuit Court of Appeals on the day of the pretrial conference.

6.	In order to protect Defendant's Fifth and Sixth Amendment rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by vacating the pretrial conference and the jury trial and scheduling a hearing of the motion to suppress filed in this cause.

WHEREFORE, Mr. Luckey respectfully requests the entry of an Order vacating the pretrial conference and jury trial dates in this cause and scheduling a hearing on the Motion to Suppress.

Respectfully Submitted,

ALBERT LUCKEY, Defendant

RICHARD H. PARSONS
Federal Public Defender

s/Tiffani D. Johnson
BY:_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61802
Phone: (217) 373-0666
Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Timothy A. Bass.

s/Tiffani D. Johnson
_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61802
Phone: (217) 373-0666

Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

I:\Johnson\CLIENTS\Luckey\motcont.wpd