**E-FILED**
Tuesday, 29 March, 2005  01:17:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-20009 |
| | ) | |
| ALBERT LUCKEY, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO CONTINUE**

The United States of America, by its attorneys, Jan Paul Miller, United States

Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United

States Attorney, hereby responds to defendant's Motion to Continue.  In support hereof,

the United States states the following:

On February 3, 2005, the defendant was charged in an indictment with

possession of 50 or more grams of crack cocaine with the intent to distribute it.  The

underlying facts of the charge were set forth in the affidavit in support of the complaint

that was filed on January 4, 2005.

On February 14, 2005, the defendant was arraigned, and the final pretrial

conference and trial were scheduled for April 6, 2005, and April 11, 2005, respectively.

As of March 28, 2005, there were no substantive motions outstanding.

On March 28, 2005, the defendant filed a motion to continue the final pretrial

conference and trial.  In addition to requesting that the final pretrial conference and trial

dates be continued, the defendant states an intention to file a motion to suppress and further requests that this Court schedule a hearing on his yet-to-be-filed motion.

The government objects to the defendant's motion.  The defendant's attempt to continue the final pretrial conference and trial based on a plainly informal request to schedule a hearing on a motion that has not even been filed is inappropriate.  Not only has such a motion to suppress not been filed, the defendant ignores Local Rule 12.1, which governs the timeliness of motions, and further ignores the principle that a hearing on a motion to suppress is warranted only when there are specific and non-conjectural allegations of disputed and material facts that would affect the outcome of such motion.  *United States v. Coleman*, 149 F.3d 674, 677 (7th Cir. 1998).  Thus, the defendant's plainly informal attempt to obtain a hearing for a motion yet to be filed simply because he requests it is likewise inappropriate.

The government is available for the final pretrial conference on April 6, 2005, and will be prepared for trial on April 11, 2005.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
       TIMOTHY A. BASS
       United States Attorney
       201 S. Vine St., Suite 226
       Urbana, IL 61802
       Phone:  217/373-5875
       Fax: 217/373-5891
       tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tiffani D. Johnson
Assistant Federal Defender
300 W. Main Street
Urbana, IL 61801

s/Timothy A. Bass
TIMOTHY A. BASS
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone: 217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov