UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ALBERT LUCKEY,<br><br>Defendant. | No.: 05-CR-20009<br><br>Hearing Requested |

MOTION TO SUPPRESS STATEMENTS

Now comes the Defendant, ALBERT LUCKEY, by his attorneys, TIFFANI D. JOHNSON, Assistant Federal Defender, and A. BRIAN THRELKELD, Staff Attorney, for the Central District of Illinois, Urbana Division, and pursuant to Rule 12(b)(3), Fed. R. Crim. P., moves this Honorable Court for the entry of an Order suppressing all statements that are alleged to have been made by Mr. Luckey to Trooper D.F. Devine of the Illinois State Police on or about 23 August 2004, and thereafter.

As grounds therefore, the Defendant states as follows:

1. That on 23 August 2004, at approximately 6:52 p.m., Mr. Luckey was driving and operating a motor vehicle southbound on I-57 at or near mile 323 in Manteno Township, Kankakee County, Illinois, when he was stopped, seized, and detained by Officer Devine.

2. That subsequent to Officer Devine's stop, seizure, and detention of Mr. Luckey's person, Officer Devine searched the passenger compartment and trunk of the motor vehicle Mr. Luckey had

- 1 -

been driving, and as a result thereof, is alleged to have seized various items of physical evidence, including suspected cocaine and suspected cannabis, from the vehicle.

3. That Officer Devine proceeded to interrogate Mr. Luckey at the site of the stop, and has alleged that he obtained various statements from Mr. Luckey at that time.

4. That prior to interrogating Mr. Luckey, Officer Devine did not advise him that he had the right to remain silent; that anything he said or did could be used against him in a court of law; that he had the right to have an attorney present during the interrogation; and that if he could not afford an attorney, one would be provided him at no cost.

5. That Mr. Luckey's purported oral statements to Officer Devine, if actually made, were involuntary and were obtained in violation of his rights secured under the Fifth Amendment to the United States Constitution. *Miranda v. Arizona*, 384 U.S. 436 (1966); *United States v. Dickerson*, 520 U.S. 428 (2000).

6. That all of the oral statements that Mr. Luckey is alleged to have made to the officers following his arrest were the fruits of the unlawful interrogation, and therefore, must be suppressed. *Wong Sun v. United States*, 371 U.S. 471, 479-84 (1963); *Brown v. Illinois*, 422 U.S. 590 (1975); *United States v. Ramos*, 42 F.3d 1160, 1163 (8th Cir. 1994); *United States v. Sanchez-Jaramillo*, 637 F.2d 1094, 1099 (7th Cir. 1980).

WHEREFORE, ALBERT LUCKEY requests the entry of an Order suppressing all statements that are alleged to have been made by him to Officer Devine on or about 23 August 2004, and thereafter.

                                              Respectfully Submitted,

                                              ALBERT LUCKEY, Defendant

                    RICHARD H. PARSONS
                    Federal Public Defender

                    A. BRIAN THRELKELD
                    Staff Attorney

                    s/Tiffani D. Johnson
BY:                _____
                    TIFFANI D. JOHNSON
                    Assistant Federal Defender
                    300 West Main Street
                    Urbana, Illinois  61801-2624
                    Phone:  217-373-0666
                    Fax:  217-373-067
                    Email:  tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Timothy A. Bass.

                    s/Tiffani D. Johnson
                    _____
                    TIFFANI D. JOHNSON, Bar No. 6278909
                    Assistant Federal Defender
                    300 West Main Street
                    Urbana, Illinois 61802
                    Phone: (217) 373-0666
                    Fax: (217) 373-0667
                    Email: tiffani_johnson@fd.org

I:\Johnson\CLIENTS\Luckey\Luckey suppression Miranda.wpd