E-FILED
Thursday, 19 May, 2005  08:19:50 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO.: 05 CR 20009 |
| ALBERT LUCKY, | ) |
| Defendant. | ) |

**MOTION FOR LEAVE OF COURT TO WITHDRAW
DEFENDANT'S PRE-TRIAL MOTIONS WITHOUT PREDJUDICE**

Now comes the Defendant, ALBERT LUCKY, by and through his attorneys, THE LAW OFFICE OF RAYMOND L. PRUSAK, and moves this Honorable Court for leave to withdraw Defendant's previously filed Motion to Suppress Evidence as well as Motion to Suppress Statements.

In support of this motion, the Defendant states as follows:

1. That Defendant's prior attorney Assistant Federal Defender Tiffani Johnson filed with this Court the aforementioned motions on or about March 29, 2005.

2. That after discussion with the Defendant and review of discovery in this matter, it is the Defense's position that litigation of such motions would be futile.

3. That the Defendant will now seek an alternative disposition to trial in this matter.

4. That this motion should not be construed to represent said motions are without merit.

**WHEREFORE**, the Defendant prays this Honorable Court allow the Defendant leave to withdraw said pre-trial motions.

                                        Respectfully submitted,

                                        _____

                                        Law Office of
                                        Raymond L. Prusak
                                        Attorney for Defendant

Law Office of Raymond L. Prusak
1021 W. Adams, Ste 102
Chicago, Illinois 60607
312/226-0640
lucky.albert.mtn1

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2005, I electronically filed the foregoing

With the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to Assistant United States Attorney Timothy Bass.

                                        _____
                                        John M. Miraglia
                                        Attorney at Law
                                        Law Office of Raymond L. Prusak
                                        1021 W. Adams #102
                                        Chicago, IL 60607
                                        Phone: (312) 226-0640
                                        Fax:   (312) 829-3729
                                        Email: jmiraglia@gmail.com