E-FILED
Friday, 13 January, 2006 04:47:33 PM
Clerk, U.S. District Court, ILCD

Dear Judge

My name is Albert Luckey SR I am the Father of Albert Luckey Just a few words to let you know that I miss my son very much, and hope you see fit in your heart to let him come home soon on house cofinment, so he can help my wife and me plus his children because we need him here very bad, I am not in the best help, his mother has it all on her, I truley hope he has learn now you have to go by the law, He is really a good boy, He should be made to work and pay a fine, for what he did so he can learn also, please take it under consideration when making your decission Because I know it's up to you Judge and God THANK you for Reading this letter may God Bless you

Albert Luckey Sr
1127 Grant St
Chicago Heights 60411

05-20007

Tynisha C. Mckissic
4014 w 193rd Street
Country Club Hills, IL 60478

December 11, 2005

To Whom It May Concern:

This is a letter in regards to Albert Luckey. I would first like to introduce myself my name is Tynisha Mckissic and I am the mother of his daughter Sharvisha Luckey. I would first like to say that he is a very beautiful person. I know right now he's facing some very big charges and im not saying that whatever he did was right, but to send him away for a long time wouldn't be the best thing for him. I think he really deserves another chance at life. He plays a major part in my daughter's life and since he has been gone I've had a lot of problem with her in school and her attitude at home. I've never seen a child that could love there father so much. Right now she is eleven years old and she understands what is going on, but she thinks her father is coming home soon and that's the only reason why things have gotten better with her school grades and her attitude. I met Albert when I was young and things didn't work out as far as a relationship with us but he has always maintain to be a good father and a good friend to me. I have known him for over 10 years and he is a very good person. He has maintain a relationship not only with my daughter but with his other children also. All of his children know each other and when he was home he would make sure that they spent time together. I know there's not much that I could say but please give this man another chance in society. I think this experience has made a major change in his life. I know some people deserve to be locked up, but he in my opinion is not one of them. I'm asking that you read these words in this letter and have mercy for this man. I'm a single mother raising my daughter and it's hard. I think my daughter needs her father in her life. I would like to thank you at this time for giving me the opportunity to write this letter and for you taking the time to read it. Please had mercy on Albert Luckey for my daughter's sake.

Thank You,
Tynisha Mckissic

05-20009

The Honorable Micheal P. McCuskey

How are you doing? My name is Shakila R. Cole and I'm writing on behave of Albert Luckey. I want to first thank you for allowing myself and Albert's family and friends to express ourselves in this matter. This is a very difficult time for all of us. Before you make a decision that will affect us for the rest of our lives, allow me to give you an idea of what kind of man I've have known Albert to be. Me and Albert have been in a relationship for two years and he's the sweetest person I know. He's smart, kind, loving, giving, funny, dependable, honest, caring and most importantly he's a very good father. He has built a bond with his children that no-one can come between. He loves those kids more than anything on this earth. Judge McCuskey we've all made mistakes, and whatever punishment Albert recieves, I'm sure you would have based your decision on the fact that everyone is capable of changing thier life style. I know that I'm in no position to tell a man of your experience how to do his job, but please don't send Albert away for 10 years

he don't deserve this. His mother and father are getting older and they need thier only child. Me on the other hand, I'm tring to be strong for the both of us. This man has introduced me to a world of love and warmth and I will remain supportive for as long as my heart allows me to. I understand you have a tough decision to make, but please take these words into consideration. Thank you again Judge McCuskey for this opportunity to share my thoughts and personal feelings.

Sincerly
Shakila Cole

05-20009

Dear Judge

My Name is Nelon Luckey the Mother of Albert Luckey I just want to tell you a little about Albert, He come from a Home with Love, his Father He is retired and has a couple of illness Albert has five Beatiful Childrens; that love and need him very much, his 16 year old son Lost his Mother in September he really needs his Father Albert just start running around with Bad company, and doing things I Don't agree with, He Has a good heart he is Friendly and very Giving when you make your decussion, Please take it under consideration. I need him Home to Help me with his Father, While I continue to work until my Retirment it doesn't Matter 10 or 15 years of Home confirment plus parole Plus fines, what ever you see fit for him His childrens and his Dad Really needs him also I hope this Has really taught him a Valuble lesson, you just cannot Do wrong because it affect's everybody, I pray everyday for my son and also you because you and God control his life now that you feel Giving me the opportunity to write this letter may God lead you with the right decussion Thank you Judge.

Nelon Luckey
1127 Grant St
Chicago Heights 60411

708-754-6594

To Whom it may Concern.

My Name is Lorraine Payne, and I have known Abbert Lucky Jr. for Six years. the hold time I know hem he is very nice to me and my children very Kind. he always talking to my Son. telling them to stay in School. do the right thing in life. my kids look up to hem. because he's take the time out and help them with homework. Abbert is a young man. thats have a heart and full of Love. Abbert is a friend not only a friend, a Big bother to me. my family and I Loves hem. not because of what he do for us because he cares.

yours Truly
Lorrane Payne.
1-10-06.