E-FILED
Thursday, 19 January 2006 09:14:05 AM
Clerk, U.S. District Court, ILCD

FILED
JAN 18 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

The Honorable
Michael P. McCuskey

Your Honor Judge McCuskey,
I'm writing on behalf of Albert
Suckey. I'm writing to make a
plea for Albert Suckey release.
To be given a second Chance.
Another Chance so he can be a
father to his son, Albert son's
mother died given birth sibling.
Both Mother and Child died.
in Albert's Son is Crying out
for his father the only parent he
has left. he's a teenager that
needs support, guidance, And
love right now by his only parent.
he's very heart broken, his mother
and sibling died and his father
out of reach that like losing
Both parent's at once, please
give Albert a Chance to be
that love, support guidance.
And Be a father And parent
to his grieving Son

Thank you so much,
your Honor in please
reconsider this urgent need.

Mrs C. Rogers

# 05-2009

January 11, 2006

The Honorable Michael P. McCuskey
Chief US District Judge
201 South Vine
Urbana, IL 61802



FILED

JAN 1 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT COURT
OF ILLINOIS
URBANA, IL

Re: Albert Luckey, Jr.

Hello Judge,

Let me first point out that I've always called Albert either Luckey or Junior. So, through out this letter I will refer to him as "Luckey". Hopefully, this won't be a problem. My name is Sherita Green and I'm the mother of Luckey's fourteen year old son (Darrion Luckey). I met Luckey at college in Arkansas over 15 years ago. Although, we now live in Dallas, Texas. In trying to raise a son, I've learned that their father's play a big role. I was having so many problems out of Darrion about two years ago. Luckey sent for him and Darrion lived with him for about a year. That one year changed my son's life. He has been an honor roll student every since. I really did appreciate Luckey stepping in when it was needed the most. Darrion still needs his father. He looks up to him. Darrion loves spending time with his father and wishes he could spend his summers with him. Luckey is a great person and we've always had a great relationship / friendship. We hope that you find it in your heart to show him some leniency as his children need him especially his sons.

If you would like to contact me, please do not hesitate to give me a call at 972-564-0464 (hm) or 214-561-7005 (wk).

Thank you,

Sherita Green

#05-20009

# FILED

Corey     1-11-06

JAN 1 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

To Honorble Michial P. McCuskey.
I'm writing you this letter on the
behalf of Albert Luckey. Luckey is
a good person and a well respectful
man he has done alot for me as well
as for other people he is very kind Hearty
I think there's nothing he won't do for
nobody he know's Luckey as Five
wonderful children that m.ss him alot
and we all prey for him. Judge McCuskey
Luckey is not a bad person when you
try to do right sometimes you make the
wrong decision and do wrong he's not
hanging out in the streets Like he did
when he was younger he's trying to
Chang for the better. He's a family now
trying to make it, He's as alot of
people that cares for him and miss
him alot. He really is a good hearted
person and have people that Love him
Dearley. I know knowbody want to
see him go away for a Long time so
I hope this letter help him a Little
bit.

He's Cousin
Corey always