**CedCom Inc.**

301 Main St., Hobart IN. 46342, Tel: 888-4-CEDCOM
www.cedcommunications.com

**To whom it may concern,**

My name is Kenneth Scott. I am the first cousin of Albert Lucky Jr. First and foremost, I would like to extend my appreciation for any consideration you might take in the personal character of Albert. I know that he looks bad on paper and at some point he has to take responsibility for his actions. I assure you that he is not a monster, nor a menace to society. He has made some bad decisions though. For those indiscretions, he has to face the music. I am asking that he not have to pay with his entire life. I happen to have been his son Sherrod's teacher a few years ago. Believe me, the kid's going need a father. I would greatly appreciate any mercy you see fit in the sentencing of my cousin. Thank you and your kindness will never be abbreviated.

**Kenneth Scott/VP**

Telephone • Computer • Video Surveillance • Sales • Service • Support