E-FILED
Thursday, 23 February, 2006  04:34:25 PM
Clerk, U.S. District Court, ILCD

#05-20009

FILED
FEB 23 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

RECEIVED
FEB 23 2006
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

My Name is Patrick Clayton

Albert Luckey is really a good person. He's the one that take care of his Mother and Father. Great father to his kids. A really loving man. Door after Door has been closed on this young man every time he has tried to become a productive citizen in his life. I know he really has tried hard to be productive. But, I must say that I love him very much as a cousin and a friend. He has always been there for me. He like the Big Brother I never had. Please take this letter into conceduration.

Patrick Clayton