2:05-cr-20009-MPM-DGB  # 27   Page 1 of 2

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

E-FILED
Wednesday, 05 July, 2006 02:44:14 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| ALBERT LUCKEY | Case Number: 05-20009-001 |
| | USM Number: 14302-026 |
| | John M. Miraglia |
| | Defendant's Attorney |

**FILED**
MAY 19 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**FILED**
JUL 0 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  1

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) | Distribution of 50 or More Grams of Cocaine Base | 8/23/2004 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/17/2006
Date of Imposition of Judgment

s/Michael P. McCuskey
Signature of Judge

MICHAEL P. McCUSKEY       CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

5/18/06
Date

RECEIVED 2006 MAY 22 P 4:47 U.S. MARSHALS SERVICE CENTRAL ILLINOIS

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 5-19-06

AO 245B05 (Rev. 12/03) Judgment in Criminal Case # 27  Page 2 of 2
Sheet 2 — Imprisonment

Judgment — Page  2  of  6

DEFENDANT: ALBERT LUCKEY
CASE NUMBER: 05-20009-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

240 months

☑ The court makes the following recommendations to the Bureau of Prisons:

1. Due to extensive family ties, the Court recommends to the BOP that the defendant be housed in the Midwest for visitation.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before ____ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 6/23/06 to USP McR

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL