E-FILED
Wednesday, 13 February, 2008 10:25:09 AM
Clerk, U.S. District Court, ILCD

# Certificate of Achievement

awarded to:

## ALBERT LUCKEY

for the successful completion of the ACE class
**"RENTAL PROPERTY"**
at USP Marion on

*October 24, 2007*



E. Clancy, Supervisor of Education



D. Prater, Education Specialist



# *Certificate of Completion*

for successful completion of U.S.P. Marion's:

**Overall Body Conditioning and Fitness Class**

awarded to:

Albert Luckey

on *June 6th, 2007*

_D. Bradford, S.O.R_     _V. Fields, Sports Specialist_

# Certificate

# Of Achievement

Is awarded to

## Albert Luckey

35 & Over League Summer Basketball

League Runner-Up

USP, McCreary, Pine Knot, Kentucky

this 28th day of August, 2006

C. English, Rec Specialist, Wellness

This certifies that

# Albert Luckey

of

# USP McCreary

has been awarded this certificate for

# Spinning Phase 1

J. Stevens, Coordinator

SPINNING. SPINNING.