E-FILED
Tuesday, 04 March, 2008 07:18:04 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>ALBERT J. LUCKEY,<br><br>    Defendant. | No. 05cr20009<br>Hon. Michael P. McCuskey, Chief<br>United States District Judge,<br>Presiding |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW court-appointed counsel for ALBERT J. LUCKEY, Richard H. Parsons, Federal Public Defender, and Jonathan E. Hawley, First Assistant Defender, moving this Honorable Court for an Order allowing counsel to withdraw, and in support thereof states as follows:

    1.    Pursuant to Administrative Order 08-U-0005, this Court appointed undersigned counsel to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

    2.    Undersigned counsel has thoroughly reviewed the Defendant's case and concluded that he is ineligible for a reduction because he was sentenced to the statutory mandatory minimum sentence. Accordingly, this Court cannot impose a sentence lower than originally imposed, regardless of the amendment to the crack cocaine guideline.

    3.    Because undersigned counsel has concluded that the Defendant is ineligible, counsel cannot file an amended petition on the Defendant's behalf, and requests that he be allowed to withdraw as counsel and that the Defendant be allowed to proceed in this matter *pro*

*se*.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter and order allowing undersigned counsel to withdraw and allowing the Defendant to proceed *pro se*.

    Respectfully Submitted,
    ALBERT J. LUCKEY, Defendant

    RICHARD H. PARSONS
    Federal Public Defender

    BY:   s/ Jonathan E. Hawley
    _____
    JONATHAN E. HAWLEY
    Attorney for Defendant
    First Assistant FPD
    ARDC Reg. No. 6243088
    401 Main Street, Suite 1500
    Peoria, Illinois 61602
    Phone: 309/671-7891
    Fax: (309) 671-7898
    E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Timothy Bass**.**

    s/ Jonathan E. Hawley
    _____
    JONATHAN E. HAWLEY
    Attorney for Defendant
    First Assistant FPD
    ARDC Reg. No. 6243088
    401 Main Street, Suite 1500
    Peoria, Illinois 61602
    Phone: 309/671-7891

Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org