E-FILED
Friday, 07 March, 2008  01:19:17 PM
Clerk, U.S. District Court, ILCD

FILED
MAR - 7 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

To: Honorable
    Judge P. McCuskey

This is Albert Luckey, I'm writing you in regards to the motion that I filed concerning the Crack Law. I'm asking you if you can humble your heart and allow me the oppurtunity to get home to my love one's a little sooner. I'm totally aware of the mistakes that I've made in the past and I agree I should be punished. But if you check my history I'm not a bad person the cases I've caught were simple possessions, no history of violence. I'm desperately needed in the society by my 6 children, I know you must have a desk full of these type of letters, And I guess I'm no different from anyone else, but I'm not asking you the impossible I'm just asking you to have mercy on me and grant me a chance to be right in the near future. 20 years is a lot of time and it does not fit the crime, but I know your hands was tied when you made your decision in May of 06' but now there is a chance that you can give me a more reasonable sentence.

I've made decisions in the past that I'm not proud of, but I must admit me being here has also saved my life, so there is something good that came out of me being here, and of course learning that I had no buisness being involved in nothing like that to begin with. But whatever your decision is I thank you for your time and I wish you and your family the best and may God Bless you.

Respectfully
Albert Huckey