E-FILED
Friday, 04 April, 2008 01:51:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

FILED

APR - 4 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| United States of America,<br>Plaintiff, | )<br>)<br>) |
| V. | ) Re: 05-CR-20009 |
| Albert Luckey,<br>Defendant. | )<br>)<br>)<br>) |

NOTICE OF APPEAL

Notice is hereby given that Albert Luckey appeals to the United States Court of Appeals for the Seventh Circuit from the Order entered in this action on the 26th day of March, 2008.

Date: April 01, 2008                s/ *Albert Luckey*
                                    Albert Luckey 14302-026
                                    U.S. Penitentiary
                                    P.O. Box 1000
                                    Marion, Il  62959
                                    Pro-se for
                                    Albert Luckey

CC)  File

Encl. Application informa pauperis