AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

APR - 4 2008

Central District of Illinois

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

United States of America,
    Plaintiff

V.

Albert Luckey,
    Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-CR-20009

I, _Albert Luckey_ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant      ☒ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _USP-Marion, Marion, Illinois_

    Are you employed at the institution? _yes_ Do you receive any payment from the institution? _yes_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or inheritances | ☐ | ☒ |
    | f. | Any other sources | ☒ | ☐ |

AO 240 (Rev. 9/96)

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____April 01, 2008_____    _____/s/ Albert Buckley_____
          Date                          Signature of Applicant



| Inmate Reg #: | 14302026 | Current Institution: | Marion USP |
|---|---|---|---|
| Inmate Name: | LUCKEY, ALBERT | Housing Unit: | MAR-E-A |
| Report Date: | 04/01/2008 | Living Quarters: | E03-013L |
| Report Time: | 3:34:21 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9800 |
| PAC #: | 048142314 |
| FRP Participation Status: | Completed |
| Arrived From: | MCR |
| Transferred To: | |
| Account Creation Date: | 6/6/2006 |
| Local Account Activation Date: | 3/30/2007 3:22:55 AM |
| Sort Codes: | |
| Last Account Update: | 4/1/2008 2:59:05 PM |
| Account Status: | Active |
| Phone Balance: | $8.15 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $160.81 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $160.81 |
| National 6 Months Deposits: | $1,386.48 |
| National 6 Months Withdrawals: | $1,366.20 |
| National 6 Months Avg Daily Balance: | $45.14 |
| Local Max. Balance - Prev. 30 Days: | $170.81 |
| Average Balance - Prev. 30 Days: | $61.29 |