E-FILED
Friday, 04 April, 2008  03:22:38 PM
Clerk, U.S. District Court, ILCD

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 05-20009

Division: Urbana Division

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

United States of America          v.          Albert Luckey

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Tim Bass | Name: Albert Luckey, Pro Se |
| Firm: US Attorney's Office | Firm: |
| Address: 618 S. Sixth St. | Address: US Penitentiary Marion |
| Springfield, IL  62701 | PO Box 1000, Marion IL  62959 |
| Phone: 217-492-4450 | Phone: |

---

Judge: Michael P. McCuskey          Nature of Suit Code:  Criminal

Court Reporter: Lisa Cosimini          Date Filed in District Court:  2/13/08

Date of Judgment: 3/26/08

Date of Notice of Appeal: 4/4/08

Counsel:  ___Appointed     ___Retained     _X_Pro Se

Fee Status:  ___Paid     ___Due     _X_ IFP     ___ IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:          ___Yes          ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  <u>14302-026</u>

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**