E-FILED
Monday, 07 April, 2008   04:31:17 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 4, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-1834
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
>
> v.
>
> ALBERT LUCKEY,
> Defendant - Appellant
>
> District Court No: 2:05-cr-20009-MPM-DGB-1
> Court Reporter Lisa Cosimini
> District Judge Michael McCuskey
> Clerk/Agency Rep Pamela Robinson
>
> Date NOA filed: 04/04/2008

If you have any questions regarding this appeal, please call this office.

CC:

Lisa Cosimini

Pamela E. Robinson

form name: **c7_Docket_Notice_short_form**

form ID: **188**