# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: July 11, 2008

TO: District Court Clerk

RE: Notice to transmit the record

**FILED**

JUL 14 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

No. 08-1834

UNITED STATES OF AMERICA,
    Plaintiff - Appellee

v.

ALBERT LUCKEY,
    Defendant - Appellant

Appeal from the United States District Court for the Central District of Illinois
No. 05 CR 20009, Michael P. McCuskey, Chief Judge

    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

(1211-022296)