

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

July 14, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

> RE: United States of America v. Albert Luckey
> D. C. Docket No. 05-20009
> U. S. C. A. Docket No. 08-1834

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    1 Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

    Volumes of Exhibits:

    Impounded Exhibits:

    Other (specify):

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

> Very truly yours,
>
> PAMELA E. ROBINSON, CLERK
>
> BY:  s/S. Doan
>       Deputy Clerk

APPEAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:05-cr-20009-MPM-DGB-1
### Internal Use Only

Case title: USA v. Luckey
Magistrate judge case number: 2:05-mj-07201-DGB

Date Filed: 02/03/2005
Date Terminated: 05/19/2006

Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal

Appeals court case number: '08-1834'

### Defendant (1)

**Albert Luckey**
*TERMINATED: 05/19/2006*

represented by **John M Miraglia**
RAYMOND L PRUSAK LAW OFFICES
Suite 102
1021 W Adams Street
Chicago , IL 60607
312-829-2308
Fax: 312-829-3729
Email: jmiraglia@gmail.com
*TERMINATED: 02/13/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Jonathan E Hawley**
FEDERAL PUBLIC DEFENDER
Suite 1500
401 Main St
Peoria , IL 61602
309-999-7756
Email: jonathan_hawley@fd.org
*TERMINATED: 03/05/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Tiffani D Johnson**
FEDERAL PUBLIC DEFENDER
300 W Main St
Urbana , IL 61801
217-373-0666
Fax: 217-373-0667
Email: tiffani_johnson@fd.org
*TERMINATED: 04/12/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**William C Zukosky**
FEDERAL PUBLIC DEFENDER
300 W Main St
Urbana , IL 61801
217-373-0666
Fax: 217-373-0667
Email: William_Zukosky@fd.org
*ATTORNEY TO BE NOTICED*

**Pending Counts**

CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (On or about August 23, 2004, defendant knowingly and intentionally possessed a controlled substance, namely, 50 or more grams of a mixture or substance containing cocaine base (crack), with the intent to distribute it, in violation of 21 USC 841(a)(1) and 841 (b)(1)(A))
(1)

**Disposition**

It is the judgment of the Court that defendant is hereby committed to the custody of the Federal Bureau of Prisons for a term of 240 months. Upon release from imprisonment, the defendant shall be places on supervised release for a term 10 years, with special conditions. It is further ordered that defendant shall pay $100 special assessment, due immediately

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:841A=CD.F (On or about 8/23/04,

**Disposition**

defendant did knowingly possess cocaine base (crack) with the intent to distribute it, in violation of 21 USC 841 (a)(1))

**Plaintiff**

USA           represented by **Timothy A Bass**
US ATTY
618 South Sixth Street
Springfield , IL 62701-1806
217-492-4450
Fax: 217-492-4512
Email: tim.bass@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2005 | 1 | +++ SEALED COMPLAINT as to Albert J Luckey (1). (SKD, ilcd) [2:05-mj-07201-DGB] (Entered: 01/04/2005) |
| 01/07/2005 | | NOTICE OF HEARING as to Albert J Luckey. An Initial Appearance is set for 1/7/2005 at 3:00 PM in Courtroom C before Magistrate Judge David G. Bernthal. (KM, ilcd) [2:05-mj-07201-DGB] (Entered: 01/07/2005) |
| 01/07/2005 | | Arrest of Albert J Luckey (KM, ilcd) [2:05-mj-07201-DGB] (Entered: 01/07/2005) |
| 01/07/2005 | | Minute Entry for proceedings held 1/7/05 before Judge David G. Bernthal. Appearance for Government by AUSA Timothy Bass. Defendant ALBERT J LUCKEY present in person. Cause called for Initial Appearance. Defendant advised of charges, penalties and rights, including right to counsel. Defendant requests court-appointed counsel and files financial affidavit. The Court finds the defendant qualifies and appoints the Federal Defender's Office. AFPD A. Brian Threlkeld present in person and advises the Court that AFPD Tiffani Johnson will be lead counsel. Cause called for Preliminary Examination. Defendant waives right to preliminary hearing. The Court finds the waiver as knowing and voluntary and the matter is bound over to Grand Jury for further proceedings. Government moves for detention of defendant and cause called for Detention Hearing. Defendant waives detention hearing. The Court accepts the waiver as knowing and voluntary and orders the defendant be detained. Order of detention to be entered and defendant is remanded to the custody of the US Marshal. Case ordered unsealed. (Tape #C252; 618-1120.) (KM, ilcd) [2:05-mj-07201-DGB] (Entered: 01/07/2005) |
| 01/07/2005 | 3 | CJA 23 Financial Affidavit by Albert J Luckey (KM, ilcd) [2:05-mj-07201-DGB] (Entered: 01/13/2005) |

| | | |
|---|---|---|
| 01/13/2005 | 4 | ORDER OF DETENTION as to Albert J Luckey entered by Judge David G. Bernthal on 1/13/05. (KM, ilcd) [2:05-mj-07201-DGB] (Entered: 01/13/2005) |
| 01/24/2005 | 5 | ARREST Warrant Returned Executed on 1/7/05 as to Albert J Luckey. (SKD, ilcd) [2:05-mj-07201-DGB] (Entered: 01/24/2005) |
| 02/03/2005 | 6 | INDICTMENT as to Albert J Luckey (1) count(s) 1. (SKD, ilcd) (Entered: 02/03/2005) |
| 02/03/2005 | 7 | +++ SEALED DOCUMENT. (SKD, ilcd) (Entered: 02/04/2005) |
| 02/04/2005 | | NOTICE OF HEARING as to Albert J Luckey. Arraignment set for 2/14/2005 at 9:30 AM in Courtroom C before Magistrate Judge David G. Bernthal. (SKD, ilcd) (Entered: 02/04/2005) |
| 02/14/2005 | | Minute Entry for proceedings held 2/14/05 before Judge Harold A. Baker. Appearance for Government by AUSA Timothy Bass. Defendant ALBERT LUCKEY present in person and with counsel AFPD A. Brian Threlkeld for AFPD Tiffani Johnson. Arraignment as to Albert Luckey (1) Count 1 held. Defendant advised of charges, rights and penalties. Defendant pleads not guilty to indictment. Written scheduling order entered. Defendant is remanded to custody of US Marshal. (Court Reporter TJ.) (KM, ilcd) (Entered: 02/14/2005) |
| 02/14/2005 | 8 | SCHEDULING ORDER as to Albert Luckey entered by Judge Harold A. Baker at arraignment held on 2/14/05. (KM, ilcd) (Entered: 02/14/2005) |
| 03/02/2005 | 9 | INFORMATION TO ESTABLISH PRIOR CONVICTION by USA as to Albert Luckey (Bass, Timothy) (Entered: 03/02/2005) |
| 03/28/2005 | 10 | First MOTION to Vacate *PTC and Trial* by Albert Luckey. (Johnson, Tiffani) (Entered: 03/28/2005) |
| 03/29/2005 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 3/28/05 GRANTING 10 Motion to Vacate Pretrial Conference and Trial Dates as to Albert Luckey. The final pretrial conference set for 4/6/05 at 4:00 p.m., and the jury trial set for 9:00 a.m., 4/11/05 are VACATED. Counsel is also requesting a motion to suppress hearing; however, the Court notes a motion to suppress has not yet been filed. Therefore, this matter is set for a status hearing on 4/12/05 at 11:00 a.m., to allow counsel time to file its motion to suppress. (MB, ilcd) (Entered: 03/29/2005) |
| 03/29/2005 | | Set/Reset Hearings as to Albert Luckey: Status Conference set for 4/12/2005 at 11:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 03/29/2005) |
| 03/29/2005 | 11 | RESPONSE to Motion by USA as to Albert Luckey re 10 First MOTION to Vacate *PTC and Trial* (Bass, Timothy) (Entered: 03/29/2005) |
| 03/29/2005 | 12 | MOTION to Suppress *Statements* by Albert Luckey. (Johnson, Tiffani) Modified on 5/20/2005 to show document is WITHDRAWN pursuant to order entered 5/20/05 (SKD, ilcd). (Entered: 03/29/2005) |

| | | |
|---|---|---|
| 04/12/2005 | | Minute Entry for proceedings held on 4/12/2005 before Chief Judge Michael P. McCuskey : Appearance by AUSA Tim Bass for Government. Defendant ALBERT LUCKEY appeared in person and with counsel AFPD Tiffani Johnson. Cause called for Status Conference. Atty John Miraglia enters his appearance for defendant and advises the Court he will be submitting his application for admission to the Central District. The Court allows Atty Miraglia to appear for defendant and allows AFPD Tiffani Johnson to withdraw. Atty Johnson is to provide all discovery documents to Atty Miraglia. Motion Hearing on Motion to Supress and Final Pretrial Conference set for 6/30/2005 at 2:30 PM by personal appearance in Courtroom A before Chief Judge Michael P. McCuskey. Defendant has until 5/20/2005 to either adopt, amend, withdraw or file a new motion to suppress. Govt has until 6/17/2005 to respond to any amended or new motion to suppress. Jury Selection and Jury Trial set for 7/18/2005 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice are met pursuant to 18 U.S.C. 3161(h)(8)(A). Time is excluded from 3/29/2005 to 7/18/2005. Defendant is remanded to the custody of the U S Marshal. (Court Reporter LC) (SP, ilcd) Modified on 6/30/2005 to correct typographical error (SKD, ilcd). (Entered: 04/12/2005) |
| 05/19/2005 | 13 | MOTION to Withdraw Document by Albert Luckey. (Attachments: # 1) (Miraglia, John) (Entered: 05/19/2005) |
| 05/20/2005 | | TEXT ORDER granting 13 Motion to Withdraw Document as to Albert Luckey (1). Defendant's 12 Motion to Suppress is withdrawn. This case remains scheduled for a final pretrial conference on June 30, 2005, at 2:30 p.m. and for a jury trial on July 18, 2005, at 9:00 a.m. Entered by Judge Michael P. McCuskey on 05/20/2005. (DK2, ilcd) (Entered: 05/20/2005) |
| 06/30/2005 | | Minute Entry for proceedings held 6/30/05 before Judge Michael P. McCuskey. Appearance of Eugene Miller, AUSA for Government. Appearance of ALBERT LUCKEY in person and with counsel John M. Miraglia. Cause called for Final Pretrial Conference. Status of case discussed. Oral motion by defendant to continue; no objection by Government. Motion granted. Jury trial set 7/22/05 is VACATED. Pretrial Conference set for 8/12/2005 at 2:30 PM; Jury selection and Jury Trial set for 8/22/2005 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice have been served pursuant to 18 USC 3161(h)(8)(a). Time is excluded from 3/29/05 until 8/22/05. Dft remanded to the custody of the U.S. Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 06/30/2005) |
| 08/12/2005 | | Minute Entry for proceedings held 8/12/05 before Judge Michael P. McCuskey. Apperance of Colin Bruce, AUSA for Government. Appearance of ALBERT LUCKEY in person and with counsel John M. Miraglia. Pretrial Conference held. Dft orally moves to vacate Jury Trial of 8/22/05; granted. Jury Trial 8/22/05 is VACATED. Matter set for Status Conference 9/27/2005 at 11:00 AM by personal appearance in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice are met pursuant to 18 USC 3161 (h)(8)(a). Time is excluded from 8/12/05 until 9/27/05. Dft remanded to the custody of the US Marshal.(Court Reporter LC.) (SKD, |

| | | |
|---|---|---|
| | | ilcd) (Entered: 08/12/2005) |
| 09/27/2005 | | Minute Entry for proceedings held 9/27/05 before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of ALBERT LUCKEY in person and with counsel John M. Miraglia. Status Conference held. Dft orally moves to continue hearing for possible plea. Motion Granted. Matter set for Status Conference or possible plea on 10/27/2005 at 11:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice have been served pursuant to 18 USC 3161 (h)(8)(a). Time is excluded from 9/27/05 until 10/27/05. Dft remanded to the custody of the US Marshal.(Court Reporter LC.) (SKD, ilcd) (Entered: 09/27/2005) |
| 10/06/2005 | | NOTICE OF HEARING: Due to a conflict in the Court's calendar, the status hearing as to Albert Luckey is RESET from 10/27/2005 at 11:00 AM to 10/27/2005 at 3:00 PM in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 10/06/2005) |
| 10/27/2005 | 14 | Notice Regarding Entry of Plea and Signed Consent as to Albert Luckey (SKD, ilcd) (Entered: 10/28/2005) |
| 10/27/2005 | | Minute Entry for proceedings held 10/27/05 before Judge David G. Bernthal. Appearances of Colin Bruce, AUSA for Government. Appearance of ALBERT LUCKEY in person and with counsel John M. Miraglia. Cause called for Change of Plea Hearing. AUSA advises that plea agreement needs revised. Court in recess. Court reconvenes with same appearances. Written Notice and Consent to Plead before Magistrate Judge filed. Defendant sworn; advised of rights, charges and possible penalties. Defendant enters Guilty Plea to Count 1 of Indictment. Written Plea Agreement filed. Report and Recommendation to be entered recommending the District Judge enter Judgment on plea of guilty. Sentencing set for 2/3/2006 at 2:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. Cause referred to Probation for presentence investigation report. Order on Implementation of Sentencing Guidelines to be entered. Dft remanded to the custody of the US Marshal.(Court Reporter TJ.) (SKD, ilcd) (Entered: 10/28/2005) |
| 10/27/2005 | 15 | PLEA AGREEMENT as to Albert Luckey (SKD, ilcd) (Entered: 10/28/2005) |
| 10/27/2005 | 16 | ORDER ON IMPLEMENTATION OF SENTENCING GUIDELINES as to Albert Luckey (SKD, ilcd) (Entered: 10/28/2005) |
| 10/28/2005 | 17 | Findings and Recommendation by Judge David G. Bernthal concerning plea of guilty by defendant to Count 1 of Indictment. Miscellaneous Deadline of 11/15/2005 set for objections to be filed.(SKD, ilcd) (Entered: 10/28/2005) |
| 11/30/2005 | 18 | ORDER APPROVING MAGISTRATE RECOMMENDATION entered by Judge Michael P. McCuskey on 11/30/2005. Acceptence of Plea of Guilty, Adjudication of Guilt, and Notice of Sentencing as to Albert Luckey. (SP, ilcd) (Entered: 11/30/2005) |
| 01/13/2006 | 19 | Letters in support of defendant Luckey (SKD, ilcd) (Entered: 01/13/2006) |

| | | |
|---|---|---|
| 01/18/2006 | 20 | Letters in support of defendant Luckey (SKD, ilcd) (Entered: 01/19/2006) |
| 01/26/2006 | 21 | Letter in support of Dft Luckey (SKD, ilcd) (Entered: 01/26/2006) |
| 02/03/2006 | | Minute Entry for proceedings held 2/3/06 before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of ALBERT LUCKEY in person, with counsel John Miraglia. Cause called for Sentencing. Oral motion by defendant to continue. No objection by Government. Oral motion granted. Neither the Government nor the defendant have objections to Presentence Investigation Report. If the defendant has objections to the PSR, objections should be filed with Probation by 3/3/06. Sentencing set for 4/3/2006 at 11:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Defendant remanded to the custody of the US Marshal.(Court Reporter LC.) (SKD, ilcd) (Entered: 02/03/2006) |
| 02/23/2006 | 22 | Letter in support of defendant Luckey (SKD, ilcd) (Entered: 02/23/2006) |
| 03/29/2006 | | NOTICE OF HEARING: Due to a conflict in the Court's calendar, the sentencing hearing as to Albert Luckey set for 4/3/2006 at 11:00 AM is RESET to 5/17/2006 at 1:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 03/29/2006) |
| 05/17/2006 | | Minute Entry for proceedings held on 5/17/2006 before Chief Judge Michael P. McCuskey : Appearance by AUSA Tim Bass for Government. Defendant ALBERT LUCKEY appeared in person with counsel, Atty John Miraglia. Sentencing continued from 2/3/2006 for Albert Luckey (1), Count 1. No objections to the presentence report. Recommendations by counsel heard. It is the judgment of the Court that defendant is hereby committed to the custody of the Federal Bureau of Prisons for a term of 240 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term 10 years, with special conditions. It is further ordered that defendant shall pay $100 special assessment, due immediately. Defendant remanded to the custody of U S Marshal.(Court Reporter LC) (SP, ilcd) (Entered: 05/17/2006) |
| 05/17/2006 | 23 | *SEALED* +++ PRESENTENCE INVESTIGATION REPORT as to Albert Luckey (SP, ilcd). Modified on 2/14/2008 document attached (KM, ilcd). (Entered: 05/17/2006) |
| 05/17/2006 | 24 | *SEALED* +++ SENTENCING RECOMMENDATION as to Albert Luckey. (SP, ilcd). Modified on 2/14/2008 document attached (KM, ilcd). (Entered: 05/17/2006) |
| 05/19/2006 | 25 | JUDGMENT as to Albert Luckey (1) on Count 1 Entered by Judge Michael P. McCuskey. (SKD, ilcd) (Entered: 05/19/2006) |
| 05/19/2006 | 26 | +++ STATEMENT OF REASONS FOR IMPOSING SENTENCE as to Albert Luckey (SKD, ilcd) (Entered: 05/19/2006) |
| 07/05/2006 | 27 | Judgment Returned Executed as to Albert Luckey on 6/23/2006 at Pine Knot, KY. (SP, ilcd) (Entered: 07/05/2006) |
| 02/13/2008 | | Attorney update in case as to Albert Luckey. Attorney Jonathan E Hawley |

| | | |
|---|---|---|
| | | for Albert Luckey added. Attorney John M Miraglia terminated. (VB, ilcd) (Entered: 02/13/2008) |
| 02/13/2008 | 28 | PRO SE MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Albert Luckey. (Attachments: # 1 Exhibits to Motion) (VB, ilcd) (Entered: 02/13/2008) |
| 02/13/2008 | | TEXT ORDER as to Albert Luckey entered by Chief Judge Michael P. McCuskey on 2/13/2008. The Court has received your request for a reduction in your sentence pursuant to the U.S. Sentencing Commission's 2007 Crack Cocaine Guideline Amendment. The effective date is March 3, 2008. Any reductions in sentence for eligible offenders will be set for hearing after that date. The Federal Defender for the Central District of Illinois is hereby appointed to represent defendant ALBERT LUCKEY in all further procedures in this matter. (Copy mailed to defendant) (VB, ilcd) (Entered: 02/13/2008) |
| 03/04/2008 | 29 | MOTION to Withdraw as Attorney by Jonathan E. Hawley. by Albert Luckey. (Hawley, Jonathan) (Entered: 03/04/2008) |
| 03/05/2008 | 30 | ORDER Entered by Chief Judge Michael P. McCuskey on 3/5/08 granting 29 Motion to Withdraw as Attorney as to Albert Luckey (1). It is hereby Ordered that Defendant is allowed to pursue this matter pro se and is to respond by 4/3/08. See Order. (Copy of #29 Motion and Order entered 3/5/08 mailed to defendant). (SKD, ilcd) (Entered: 03/05/2008) |
| 03/07/2008 | 31 | Letter from defendant re: #28 Pro Se Motion filed 2/13/08. (SKD, ilcd) (Entered: 03/07/2008) |
| 03/26/2008 | 32 | RESPONSE TO #30 ORDER RE: CRACK COCAINE AMENDMENT by Albert Luckey (SKD, ilcd) (Entered: 03/26/2008) |
| 03/26/2008 | 33 | ORDER Entered by Chief Judge Michael P. McCuskey on 3/26/08. It is ORDERED that 28 Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 for Albert Luckey (1) on Count 1 is DENIED. Defendant has 10 days from the date of this court's order to file a Notice of Appeal with the clerk of this court. See Written Order. (cc: defendant) (SKD, ilcd) (Entered: 03/26/2008) |
| 04/02/2008 | 34 | First MOTION for Extension of Time to File Motion by Albert Luckey. (Zukosky, William) (Entered: 04/02/2008) |
| 04/02/2008 | | TEXT ORDER finding as moot 34 Motion for Extension of Time to File as to Albert Luckey (1). Defendant's appointed counsel previously filed a motion to withdraw so no extension of time is necessary. Entered by Chief Judge Michael P. McCuskey on 04/02/2008. (DK2, ilcd) (Entered: 04/02/2008) |
| 04/04/2008 | 35 | NOTICE OF APPEAL by Albert Luckey Pro Se re 33 Order on Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582. (SKD, ilcd) (Entered: 04/04/2008) |
| 04/04/2008 | 36 | PRO SE MOTION for Leave to Appeal In Forma Pauperis by Albert Luckey. (SKD, ilcd) (Entered: 04/04/2008) |

| 04/04/2008 |    | TEXT ORDER granting 36 Motion for Leave to Appeal In Forma Pauperis as to Albert Luckey. Entered by Chief Judge Michael P. McCuskey on 4/4/08. (BB, ilcd) (Entered: 04/04/2008) |
|---|---|---|
| 04/04/2008 | 37 | Short Record of Appeal as to Albert Luckey sent to US Court of Appeals re 35 Notice of Appeal re Crack Cocaine Offense - 18:3582 (SKD, ilcd) (Entered: 04/04/2008) |
| 04/07/2008 | 38 | USCA Case Number as to Albert Luckey 08-1834 for 35 Notice of Appeal - re Crack Cocaine Offense - 18:3582. (SKD, ilcd) (Entered: 04/07/2008) |
| 07/14/2008 | 39 | Request from USCA for Long Record re 35 Notice of Appeal - re 33 Order on Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582. (SKD, ilcd) (Entered: 07/14/2008) |